No. 77–227. PHILIP MORRIS, INC. *v.* SECRETARY OF THE TREASURY OF PUERTO RICO. Sup. Ct. P. R. Certiorari denied. MR. JUSTICE POWELL took no part in the consideration or decision of this petition.